#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ODILIA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | Case No.:  CIV-20-609-D |

#### NOTICE OF REMOVAL

**TO: THE JUDGE OF THE UNITED STATES DISTRICT COURT**
    **FOR THE WESTERN DISTRICT OF OKLAHOMA**

Defendant, Wal-Mart Stores East, L.P., a Delaware Limited Partnership ("Walmart") pursuant to Title 28 U.S.C. §§ 1332, 1441(a) and 1446 and LCvR 81.2, file this Notice of Removal of the civil action filed against them in the District Court of Beckham County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.  In support of removal, Defendant states as follows:

1. Plaintiff, Odilia Rodriguez, filed her Petition in the Beckham County District Court on May 27, 2020.  (See copy of the Beckham County District Court Docket, attached as Exhibit "1").

2. Plaintiff, Odilia Rodriguez, has pled damages in excess of the amount required for diversity jurisdiction pursuant to Title 28 U.S.C. §1332.  (See Plaintiff's

Petition, attached as Exhibit "2").

3. It is Defendant's belief that Plaintiff is a resident and citizen of the State of Oklahoma.

4. Defendant Wal-Mart Stores East, L.P. a Delaware Limited Partnership, is a wholly-owned subsidiary of Walmart, Inc., a Arkansas corporation with its principal place of business in Bentonville, Arkansas. Walmart Inc., is a publicly traded corporation. Further, the principal place of business of Wal-Mart Stores East, L.P., is Bentonville, Arkansas. Consequently, Defendant Walmart is a citizen of the State of Arkansas.

5. Because this is a civil action between citizens of different states and the amount in controversy is in excess of seventy-five thousand dollars ($75,000), this Court has original subject matter jurisdiction over the civil action pursuant to Title 28 U.S.C. §1332(a)(1).  Removal of the action to this Court by Defendant Walmart is made pursuant to the provisions of Title 28 U.S.C. §1441.

6. In accordance with the provisions of Title 28 U.S.C. §1391(a), venue is proper in the United States District Court for the Western District of Oklahoma because the alleged incident occurred in Beckham County, State of Oklahoma, which is in the Western District of Oklahoma.

7. By virtue of this Notice of Removal, Defendant does not waive its right to assert any jurisdictional claims or pursue other motions or defenses, including those available under Rule 12 of the Federal Rules of Civil Procedure.

8. In accordance with the provisions of Title 28 U.S.C. §1446(a) and the local rules of the United States District Court for the Western District of Oklahoma, legible copies of all documents filed in the state court action are being filed contemporaneously with this Notice of Removal and submitted by way of the following exhibits:

**CJ-2020-69 (Beckham County District Court)**

Exhibit 1: Copy of the Beckham County District Court Docket

Exhibit 2: Petition

Exhibit 3: Summons

Exhibit 4: Defendant's Answer

Exhibit 5: Entry of Appearance for Michael W. Brewer

Exhibit 6: Entry of Appearance for Jeffrey D. Scott

In accordance with the provisions of Title 28 U.S.C. §1446(d), Defendant is serving a copy of this Notice of Removal upon Plaintiff and are filing a Notice of Removal with the Clerk of the District Court of Beckham County, State of Oklahoma, where this case was originally filed.  Copies of this Notice are being served upon Plaintiff and filed with the Beckham County Court Clerk contemporaneous with this document.

WHEREFORE, Defendant Walmart prays that the Court take jurisdiction in this action to the exclusion of any further proceedings in the District Court of Beckham County,

State of Oklahoma.

                                                   */s/Michael W. Brewer*
                                                  **MICHAEL W. BREWER, OBA #11769**
                                                  **JEFFREY D. SCOTT, OBA #32115**
                                                  **HILTGEN & BREWER, P.C.**
                                                  9505 North Kelley Avenue
                                                  Oklahoma City, Oklahoma 73131
                                                  (405) 605-9000 Telephone
                                                  (405) 605-9010 Fax
                                                  Email:  mbrewer@hbokc.law
                                                   jscott@hbokc.law
                                                  **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of June 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**T. DAVID HASBROOK, OBA #3961**
**CLAYTON T. HASBROOK, OBA #22169**
**HASBROOK & HASBROOK**
400 N. Walker, Suite 130
Oklahoma City, OK 73102
Phone: 405-235-1551
Facsimile: 405-367-0900
Email: tdh@hasbrooklaw.com
Email: cth@hasbrooklaw.com
**ATTORNEYS FOR PLAINTIFF**

                                                  */s/Michael W. Brewer*
                                                  **MICHAEL W. BREWER**