

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR BECKHAM COUNTY, OKLAHOMA

**No. CJ-2020-00069**
**(Civil relief more than $10,000: PERSONAL INJURY)**

ODILIA RODRIGUEZ V. L.P. WAL-MART STORES EAST

Filed: 05/27/2020

Judge: WEEDON, HONORABLE JILL C.

# PARTIES

WAL-MART STORES EAST, L.P., Defendant
RODRIGUEZ, ODILIA, Plaintiff

# ATTORNEYS

**Attorney**
BREWER, MR. MICHAEL W.
HILTGEN & BREWER, P.C.
9505 NORTH KELLEY AVENUE
OKLAHOMA CITY, OK 73114

**Represented Parties**

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Saturday, August 1, 2020  CIV TRACKING | | | |

# ISSUES

1. PERSONAL INJURY

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|



EXHIBIT 1

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-27-2020 | | PETITION  Document Available (#CC20052700000301) TIFF  PDF | | | $ 163.00 |
| | | LAW LIBRARY ASSESSMENT | | | $ 6.00 |
| | | DISPUTE MEDIATION ASSESSMENT | | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | | | $ 25.00 |
| | | LENGTHY TRIAL FUND | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | | $ 1.00 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | | $ 2.48 |
| | | COURT CLERK PRESERVATION FUND | | | $ 10.00 |
| 05-27-2020 | | SUMMONS ISSUED TO ATTY TO SERVE:  Document Available (#CC20052700000302) TIFF  PDF | | | $ 10.00 |
| 05-27-2020 | | ENTRY OF APPEARANCE-- MR. T. DAVID HASBROOK AND MR.  Document Available (#CC20052700000304) TIFF  PDF  CLAYTON T. HASBROOK | | | |
| 06-22-2020 | | DEFENDANT WALMART'S ANSWER TO PLAINTIFF'S PETITION  Document Available (#CC20062200000529) TIFF  PDF | | | |
| 06-22-2020 | | ENTRY OF APPEARANCE-- MR. BREWER  Document Available (#CC20062200000535) TIFF  PDF | | | |
| 06-22-2020 | | ENTRY OF APPEARANCE-- MR. SCOTT  Document Available (#CC20062200000537) TIFF  PDF | | | |