**IN THE DISTRICT COURT OF BECKHAM COUNTY**
**STATE OF OKLAHOMA**

BECKHAM COUNTY
FILED

ODILIA RODRIGUEZ
   Plaintiff,

-vs-

WAL-MART STORES EAST, L.P.
   Defendant.

Case No.: CJ-20-69
Judge: Weedon

MAY 27 2020

DON*A *OWELL, COURT CLERK
BY _____ DEPUT*

### PETITION

Odilia Rodriguez, Plaintiff for her cause of action against Defendant, Wal-Mart Stores East, L.P., alleges and states:

1. On or about June 15, 2018 Plaintiff was a business invitee at Wal-Mart store # 134 in Elk City, Oklahoma, which is a business owned and operated by Defendant.

2. While Plaintiff was shopping at Defendant's premises, she slipped on a liquid/substance, which was not observable by her using ordinary care and in the form of a hidden danger, causing her to fall and suffer injuries.

3. The Defendant knew, or should have known, the liquid/substance was on the floor.

4. As a direct and proximate result of the negligence of the Defendant, and its employees-agents, Plaintiff has suffered personal injury to her body and has suffered damages which include past and future medical expenses, past and future physical and mental pain and suffering, and past and future loss of enjoyment of life.

WHEREFORE, the Plaintiff respectfully requests judgment against the Defendant in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, along with costs, interest, attorney fees, and any other and further relief to which she may be entitled.

Respectfully submitted,

T. David Hasbrook, OBA # 3961
Clayton T. Hasbrook, OBA #22169
HASBROOK & HASBROOK
400 N Walker Suite 130
Oklahoma City, OK 73102
405-235-1551
405-367-0900 - facsimile
E-mail:tdh@hasbrooklaw.com
E-mail:cth@hasbrooklaw.co
*ATTORNEY FOR PLAINTIFF*

Attorney's Lien Claimed



EXHIBIT 2